IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELOS KOLOBOTOS,

    Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION,

    Defendant.

No. C 06-06741 TEH

**ORDER**

This case came on for a Case Management Conference ("CMC") on Monday, July 30, 2007 at 1:30 p.m. Jonathan Lee appeared for the Defendant. Plaintiff, proceeding *pro se*, did not appear. This Court's Courtroom Deputy confirmed that Plaintiff had been notified of the July 30, 2007 CMC at his latest known address. The Courtroom Deputy also called the telephone number provided by Plaintiff but no one answered and no answering machine or service was available to take a message. Counsel for Defendant stated that he sent Plaintiff a proposed joint CMC statement but Plaintiff did not respond.

Accordingly, and good cause appearing, it is HEREBY ORDERED that:

1. This CMC is continued until Monday, August 13, 2007 at 1:30 p.m.

2. **Plaintiff is warned that if he fails to appear at the August 13, 2007 CMC, this action may be dismissed on August 13, 2007 for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: July 31, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE