IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELOS KOLOBOTOS,

            Plaintiff,

    v.

TRANSPORTATION SECURITY ADMINISTRATION,

            Defendant.

NO. C06-6741 TEH

ORDER DISMISSING CASE

    Plaintiff Angelos Kolobotos failed to appear for two consecutive case management conferences on July 30 and August 13, 2007, and also failed to appear for an order to show cause hearing on August 27, 2007. On August 15, 2007, this Court issued a written order, mailed to Mr. Kolobotos at his address of record, explaining that failure to appear on August 27, 2007, at 1:30 PM would result in dismissal of this action for failure to prosecute and failure to comply with this Court's orders to appear on July 30, August 13, and August 27, 2007. This matter was not called until 1:55 PM on August 27, 2007, and Mr. Kolobotos still failed to appear. In addition, counsel for Defendant reported that Mr. Kolobotos did not contact him at any time after the August 15, 2007 order was issued. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 08/27/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT